# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158454

ROBIN M. OWENS, Personal Representative
of the ESTATE OF KENNETH GENE OWENS,
      Plaintiff-Appellant,

v

                                      SC: 158454
COA: 338392
Oakland CC: 2016-152752-NO

MANTHA MANAGEMENT GROUP, INC.,
d/b/a TIM HORTON'S OF WATERFORD,
      Defendant-Appellee,

and

MECO PROPERTY MAINTENANCE, INC.,
LEONARD C. CARNAGHI, INC., NAGLE
PAVING COMPANY, THD DONUT
DELAWARE, INC., and TIM DONUTS US
LIMITED, INC.,
      Defendants.
_____/

      On order of the Court, the application for leave to appeal the June 28, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2019



a0529

                             Clerk